[No. 13583–0–I.   Division One.   December 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER
SHEPPARD COOPER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–03442–4, Frank J. Eberharter, J., entered
August 5, 1983. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Durham, C.J., and Swanson,
J.

[No. 13598–8–I.   Division One.   December 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
FULLER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–01553–9, Maurice Epstein, J. Pro Tem.,
entered July 19, 1983. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Ringold and Coleman, JJ.

[No. 11689–4–I.   Division One.   December 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEL
WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–00148–8, Richard M. Ishikawa, J.,
entered April 30, 1982. *Reversed* and *remanded* by unpub-
lished opinion per Corbett, J., concurred in by Durham,
C.J., and Ringold, J.

[No. 11104–3–I.   Division One.   December 5, 1984.]

NORMAN LANGE, *Appellant,* v. DONNA M. COUTY,
*as Executrix,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–03879–6, George H. Revelle, J., entered
November 4, 1981. *Affirmed* by unpublished opinion per
Durham, C.J., concurred in by Swanson and Coleman, JJ.